# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Central Title & Closing Company, LLC | § § § | Civil Action No. _____ |
| Plaintiff, | § § | Judge _____ |
| v. | § § § | |
| | § | Magistrate Judge _____ |
| Central Title, LLC | § § | |
| Defendant | § § | Demand For Jury Trial |

## Complaint for Trademark Infringement and Unfair Competition

For its complaint, Plaintiff, Central Title & Closing Company, LLC, by and through its undersigned attorneys, alleges as follows:

## The Parties

1. Central Title & Closing Company, LLC. ("CTCC") is a limited liability company organized under the laws of the State of Louisiana, with its principle place of business located at 9718 Sullivan Road, Baton Rouge, Louisiana 70818.

2. Central Title, LLC ("CT") is a limited liability company organized under the laws of the State of Louisiana with its principle place of business located at 2519 W. Pinhook Road in Lafayette, Louisiana 70508.

## Jurisdiction and Venue

3. Jurisdiction is proper in this court because this litigation arises under the federal laws of the United States, namely, 15 U.S.C. § 1051 *et seq*. (Lanham Act). The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question), 1338(a)(trademarks), and 1338(b)(unfair competition).

4. The Court has personal jurisdiction over CT because CT is doing business in Louisiana and particularly within the Middle District of Louisiana.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c).

## Factual Background

6. CTCC has continuously provided real estate title and closing services from its offices in the Louisiana city of Central under the trade name CENTRAL TITLE & CLOSING CO. since August of 2005.

7. Since 2005, CTCC has provided real estate title and closing services throughout East Baton Rouge Parish, under the trade names CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO.

8. Since at least 2013, CTCC has provided real estate title and closing services throughout Ascension, Livingston, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes under the trade names CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO.

9. Since at least 2013, CTCC has advertised to the consumers of title and closing services in Ascension, Livingston, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes under the trade names CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO.

10. Since 2013, CTCC has maintained an office within the city of Baton Rouge, from which it has provided real estate title and closing services under the trade names CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO.

11. CTCC currently has two offices within East Baton Rouge Parish and two offices in St. Tammany Parish, from which it provides real estate and closing services under the trade names CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO.

12. CENTRAL is geographically descriptive of services provided in and out of Central, Louisiana.

13. Consumers within East Baton Rouge Parish and/or Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, Iberville, and St. Tammany Parishes are likely to associate the geographically descriptive meaning of CENTRAL with the term when they encounter CENTRAL in commerce.

14. As a result of CTCC's ongoing use of the names and service marks, CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO., the names CENTRAL TITLE &

CLOSING, and CENTRAL TITLE & CLOSING CO., have become associated with CTCC, by consumers of real estate title and closing services in East Baton Rouge Parish and/or Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, Iberville, and St. Tammany Parishes.

15. CTCC has developed secondary meaning in the names CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO. as used with real estate title and closing services in East Baton Rouge Parish and/or Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, Iberville, and St. Tammany Parishes.

16. Upon information and belief, CT has been providing real estate title services, since prior to CTCC's formation, in and around Lafayette, Louisiana.

17. Upon information and belief, CT did not provide title services in East Baton Rouge, Livingston, Ascension, St. Helena, West Baton Rouge, St. Tammany, East Feliciana, West Feliciana, Pointe Coupee, or Iberville Parishes under the CENTRAL TITLE name prior to the formation of CTCC in 2005.

18. Upon information and belief, CT did not provide title services in East Baton Rouge, Livingston, Ascension, St. Helena, St. Tammany, West Baton Rouge, East Feliciana, West Feliciana, Pointe Coupee, or Iberville Parishes under the CENTRAL TITLE name prior to the development of secondary meaning in CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO. by CTCC in East Baton Rouge, Livingston, Ascension, St. Helena, St. Tammany, West Baton Rouge, East Feliciana, West Feliciana, Pointe Coupee, and Iberville Parishes.

19. CT has recently begun doing business in East Baton Rouge Parish as CENTRAL TITLE.

20. Until recently, CT and CTCC coexisted in their respective trade areas without generating any substantial confusion among their customers or the general public.

21. CT provides title services to its customers.

22. CT's services overlap with the services CTCC provides to its customers.

23. CT has targeted and currently targets customers and potential customers in the areas served by CTCC, including particularly East Baton Rouge Parish.

24. Upon information and belief, CT is using CENTRAL TITLE in connection with the provision of title services in at least East Baton Rouge Parish.

25. CT and CTCC are now direct competitors in East Baton Rouge Parish.

**Count One - Unfair Competition (Section 43(a) of Lanham Act)**

26. The allegations of paragraphs 1-25 are re-averred.

27. CTCC owns service mark rights in the names and marks, CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO., by virtue of CTCC's' long use, of the names and marks, CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO., in East Baton Rouge, Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, Iberville, and St. Tammany Parishes.

28. CT's use of the service mark, CENTRAL TITLE and variations of the foregoing in connection with its title services in East Baton Rouge Parish and/or Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, Iberville, and St. Tammany Parishes, is likely to cause confusion as to affiliation, connection, association, origin, sponsorship, or approval by CTCC, in violation of Section 43(a) of the Lanham Act.  15 U.S.C. § 1125(a).

**Count Two - Louisiana Unfair Trade Practices Act (La. R.S. 51:1401, et seq.)**

29. The allegations of paragraphs 1-28 are re-averred.

30. CTCC and CT are competitors.

31. CT's use of the name and mark CENTRAL TITLE and variations of the foregoing in connection with its title services in East Baton Rouge Parish, is likely to cause confusion with CTCC because of the similarities between CT's services and CTCC's services and the similarities between the mark used by CT and CTCC's CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO. marks.

32. CT has engaged in unfair and deceptive trade practices by using the name and mark, CENTRAL TITLE and variations of the foregoing in connection with its title services in East Baton Rouge Parish.

**Count Three - Declaratory Relief**

33. CENTRAL is geographically descriptive of services provided in and from the town of Central, Louisiana.

34. Consumers within East Baton Rouge Parish and the surrounding area are likely to associate the geographically descriptive meaning of CENTRAL with the term when they encounter CENTRAL in commerce.

35. CTCC has used the descriptive and geographically descriptive marks CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO. in East Baton Rouge, Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes continuously since 2005.

36. If CT began using CENTRAL TITLE in East Baton Rouge, Livingston, Ascension,

5

St. Helena, West Baton Rouge, East Feliciana, West Feliciana, Pointe Coupee, or Iberville Parishes prior to 2005, CT did NOT develop secondary meaning in CENTRAL TITLE in East Baton Rouge, Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, or Iberville Parishes prior to the first use of CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO. by CTCC in East Baton Rouge, Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes.

37.     CTCC's continuous use of CENTRAL TITLE & CLOSING and CENTRAL TITLE & CLOSING CO. in East Baton Rouge, Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes since prior to CT's development of secondary meaning in CENTRAL TITLE in East Baton Rouge, Livingston, Ascension, St. Helena, West Baton Rouge, East Feliciana, West Feliciana, Pointe Coupee, and Iberville Parishes precludes CT from acquiring trademark rights in the mark CENTRAL TITLE in East Baton Rouge, Livingston, Ascension, St. Helena, West Baton Rouge, East Feliciana, West Feliciana, Pointe Coupee, and Iberville Parishes.

38.     CT lacks any enforceable trademark rights or other rights in the mark CENTRAL TITLE in East Baton Rouge, Livingston, Ascension, St. Helena, West Baton Rouge, East Feliciana, West Feliciana, Pointe Coupee, and Iberville Parishes.

**Prayer for Relief**

WHEREFORE, CTCC respectfully requests that this Court:

A.      Award it damages and costs in this action;

B.      Award CTCC an accounting of CT's profits from CT's use, in East Baton Rouge Parish, of the CENTRAL TITLE mark and variations thereof;

C. Award CTCC its reasonable attorney's fees incurred in pursuing this action;

D. Preliminarily enjoin CT from further use, in East Baton Rouge, Livingston, Ascension, St. Helena, St. Tammany, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes, of CENTRAL TITLE and confusingly similar variants thereof;

E. Permanently enjoin CT from further use, in East Baton Rouge, Livingston, Ascension, St. Helena, St. Tammany, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, and Iberville Parishes, of CENTRAL TITLE and confusingly similar variants thereof;

F. Declare that CT has no trademark or other rights in the mark CENTRAL TITLE in East Baton Rouge, Livingston, Ascension, St. Helena, East Feliciana, West Feliciana, West Baton Rouge, Pointe Coupee, Iberville, and St. Tammany Parishes;

G. Affirm CTCC's right to do business under the trade name CENTRAL TITLE & CLOSING and/or CENTRAL TITLE & CLOSING CO. in East Baton Rouge, Livingston, Ascension, St. Helena, West Baton Rouge, St. Tammany, East Feliciana, West Feliciana, Pointe Coupee, and Iberville Parishes; and

H. Enter such other further relief to which CTCC may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

## Jury Demand

Pursuant to Fed. R. Civ. P. 38, CTCC hereby requests a trial by jury of all issues so triable.

November 19, 2024          Respectfully submitted,

  /R.BennettFord,#24093/
R. Bennett Ford, Jr. (La. Bar 24,093)

Brett A. North (La. Bar. 22,503)
Chad A. Grand (La. Bar 29,885)

**ROY, KIESEL, FORD, DOODY & NORTH**
P.O. Box 15928
Baton Rouge, LA  70895-5928
225-927-9908
225-926-2685 (facsimile)

**ATTORNEYS FOR PLAINTIFF**